UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| NICHOLAS GALLELLI, an infant, by and through his Parents and Natural Guardian, MARC GALLELLI and LINDA GALLELLI, and MARC GALLELLI and LINDA GALLELLI, Individually,<br><br>Plaintiffs,<br><br>- against -<br><br>CROWN IMPORTS, LLC, GRUPO MODELO, S.A. de C.V., aka G MODELO CORPORATION, BARTON BRANDS, LTD., and BARTON BEERS, LTD.,<br><br>Defendants. | Docket No.: CV 08 3372 (LDW)<br><br>**LOCAL RULE 7.1 STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Federal Rule 7.1 and Local Civil Rule 1.9 of the United States District Court for the Southern and Eastern Districts of New York, the undersigned, counsel for the defendants, CONSTELLATION SPIRITS INC. formerly known as BARTON BRANDS, LTD., and BARTON BEERS, LTD., hereby certifies that:

(1) CONSTELLATION SPIRITS INC. formerly known as BARTON BRANDS, LTD. is a privately held, Delaware Corporation. Its parent company, Barton, Inc., is a wholly-owned subsidiary of Constellation Brands, Inc., a publicly traded company on the New York Stock Exchange.

(2) BARTON BEERS, LTD. is also a privately held Delaware Corporation. Its parent company is also Barton, Inc., a wholly-owned subsidiary of Constellation Brands, Inc. which is a publicly traded company on the New York Stock Exchange.

Dated: White Plains, New York
       September 9, 2008

                                 Yours, etc.,

                                 Thomas F. Cerussi
                                 CERUSSI & SPRING
                                 Attorneys for Defendants
                                 CONSTELLATION SPIRITS INC. f/k/a
                                 BARTON BRANDS, LTD., and BARTON
                                 BEERS, LTD.
                                 One North Lexington Avenue
                                 White Plains, New York 10601-1700
                                 Tel. No. (914) 948-1200


TO: LAW OFFICES OF ROBERT F. DANZI
     Attorneys for Plaintiffs
     900 Merchants Concourse, Suite 214
     Westbury, New York 11590
     Tel. No. (516) 228-4226

CERUSSI & SPRING

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF WESTCHESTER    )

ELIZABETH FIGUEROA, being duly sworn, deposes and says that she is employed by Cerussi & Spring, attorneys for defendants, CONSTELLATION SPIRITS INC. formerly known as BARTON BRANDS, LTD., and BARTON BEERS, LTD., herein, is not a party to this action, is over 18 years of age, and resides in Mahopac, New York. That on the 9th day of September, 2008, I served the within:

**LOCAL RULE 7.1 STATEMENT**

by mailing a copy of same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to:

LAW OFFICES OF ROBERT F. DANZI
Attorneys for Plaintiffs
900 Merchants Concourse, Suite 214
Westbury, New York 11590
Tel. No. (516) 228-4226

_____
ELIZABETH FIGUEROA

Sworn to before me on this
9th day of September, 2008

_____
Notary Public

THOMAS FRANCIS CERUSSI
Notary Public, State of New York
No. 02CE4971320
Qualified in Westchester County
Commission Expires August 27, 2010

CERUSSI & SPRING