UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

NICHOLAS GALLELLI, an infant, by and through his Parents and Natural Guardians, MARC GALLELLI and LINDA GALLELLI, and MARC GALLELLI and LINDA GALLELLI, Individually,

                              Plaintiffs,

vs.

CROWN IMPORTS, LLC, GRUPO MODELO, S.A. de C.V., aka G MODELO CORPORATION, BARTON BRANDS, LTD., and BARTON BEERS, LTD.,

                              Defendants.

---

No. 08 CV 3372

[PROPOSED] STIPULATED ORDER EXTENDING TIME

      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Nicholas Gallelli, Marc Gallelli and Linda Gallelli and defendant "Grupo Modelo, S.A. de C.V., aka G Modelo Corporation", that said defendant's time to move against or answer the complaint is hereby extended from October 3, 2008, to and including November 14, 2008. No previous requests for an extension have been made to the Court.

-2-

This stipulation is without prejudice to the defendant's potential defenses, including but not limited to lack of personal jurisdiction and failure to effect proper service.

September 30, 2008

                        LAW OFFICE OF ROBERT F. DANZI

                        By: _____
                            Robert F. Danzi
                            900 Merchants Concourse, Suite 214
                            Westbury, NY 11590
                            (516) 228-4226

*Attorneys for plaintiffs*

                        CRAVATH, SWAINE & MOORE LLP

                        By: _____
                            Gary A. Bornstein
                            825 Eighth Avenue
                            New York, NY 10019
                            (212) 474-1084

*Attorneys for "Grupo Modelo, S.A. de C.V., aka G Modelo Corporation"*

**SO ORDERED:**

_____
Hon. Leonard D. Wexler
United States District Judge