UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 2/16/2010**
                 United States Magistrate Judge
                                                             **TIME: 11:30 am**

**DOCKET NO:**       **CV 08-3372 (LDW)**

**CASE:**                **Gallelli v. Crown Imports, LLC, et al.**

\_\_\_\_   **INITIAL CONFERENCE**
_X_   **STATUS CONFERENCE**                           **BY TELEPHONE _X_**
\_\_\_\_   **SETTLEMENT CONFERENCE**
\_\_\_\_   **FINAL CONFERENCE**

**APPEARANCES:**       **FOR PLAINTIFF:**       **FOR DEFENDANT:**

                                    **Robert Lustberg**         **Brian Brandman**

                                                             **Gary Bornstein**

                                                             **Thomas Cerussi**

**The following rulings were made:**

       **The court's December 14, 2009 scheduling order is amended as follows: (1) Except with respect to Grupo Modelo, all party depositions shall be completed by April 2, 2010. On or before April 9, 2010, the parties shall submit a joint status letter to the court indicating the status of the pending motions, the number of non-party depositions to be completed, and what, if any, additional paper discovery is needed as a result of the party depositions. Upon receipt of the joint status letter, the court will provide the parties with a new deadline for completion of non-party depositions and expert discovery, as well as a deadline for the commencement of dispositive motion practice and a date for the final conference.**

**SO ORDERED:**
_____/s/_____
